(3) What is the effect, if any, of *Quartuccio, supra,* on the appellant's claim?

Upon consideration of the foregoing, it is

ORDERED that, not later than 30 days after the date of this order, the appellant file, and serve on the Secretary, a memorandum of law addressing the issues presented in this order. It is further

ORDERED that, not later than 30 days after service of the appellant's memorandum, the Secretary file, and serve on the appellant, a memorandum of law in response to the appellant's memorandum and to this order. It is further

ORDERED that, not later than 20 days after service of the Secretary's memorandum in response, the appellant may file a memorandum in reply to that response.

Any interested amici curiae may submit briefs on the same schedule provided for the appellant.

## ORDER

PER CURIAM.

This is an appeal from a December 30, 1999, decision of the Board of Veterans' Appeals (Board), which determined that an October 29, 1997, Board decision did not contain clear and unmistakable error. The parties filed their respective briefs, and on May 13, 2002, the Court ordered the parties to submit additional pleadings. On July 25, 2002, the appellant, through counsel, filed a letter, which the Court will construe as a motion to dismiss the appeal pursuant to Rule 42 of the Court's Rules of Practice and Procedure.

Upon consideration of the foregoing, it is

ORDERED that the appellant's motion is granted, and this appeal is DISMISSED.

Maryann **HANSEN**, Appellant,

v.

Anthony J. **PRINCIPI**, Secretary of Veterans Affairs, Appellee.

No. 00–461.

United States Court of Appeals for Veterans Claims.

Aug. 23, 2002.

Robert V. Chisholm, Esq., Providence, RI, for Appellant.

Barbara J. Finsness, Esq., for Appellee.

Before KRAMER, Chief Judge, and IVERS and STEINBERG, Judges.

Shannon D. **SMITH**, Appellant,

v.

Anthony J. **PRINCIPI**, Secretary of Veterans Affairs, Appellee.

No. 01–547.

United States Court of Appeals for Veterans Claims.

Aug. 23, 2002.

Robert V. Chisholm, Esq., Providence, RI, for Appellant.

Linda L. Keyser, Esq., for Appellee.